IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TREIONE GHOLSON,**

        **Plaintiff,**

v.                                  Civil Action No. 3:22cv527

**V. CRAWFORD,** *et al.*,

        **Defendants.**

### MEMORANDUM OPINION

By Memorandum Order entered on October 4, 2022, the Court directed Plaintiff to pay an initial partial filing fee of $3.33 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). (ECF No. 7.)

On October 13, 2022, the Court received a change of address from Plaintiff wherein he indicated that he had been moved from the Richmond City Jail to the Virginia Department of Corrections. (ECF No. 8.) On October 17, 2022, the United States Postal Service returned the October 4, 2022 Memorandum Order to the Court because Plaintiff was no longer at the Richmond City Jail. (ECF No. 9.) On October 17, 2022, the Clerk mailed the October 4, 2022 Memorandum Order to Plaintiff at his new address with the Virginia Department of Corrections.

Nevertheless, as of this date, Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall issue.

Date: 12/5/2022                                   /s/
Richmond, Virginia                   M. Hannah Lauck
                                                United States District Judge